

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

_____

No. 07-24-00317-CV
_____

IN THE INTEREST OF D.A.W., A CHILD

On Appeal from the County Court at Law No. 3
Lubbock County, Texas
Trial Court No. 2017-526,391, Honorable Benjamin A. Webb, Presiding

January 14, 2025

MEMORANDUM OPINION

Before PARKER and DOSS and YARBROUGH, JJ.

Appellant, Steven Walker, proceeding pro se, appeals from the trial court's *Order in Suit for Modification of Child Support Obligation Following De Novo Hearing*. Walker's brief was due December 13, 2024, but was not filed. By letter of December 20, 2024, we notified Walker that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by December 30. To date, Walker has neither filed a brief nor had any further communication with this Court.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a)(1), 42.3(b).

Per Curiam